UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
21-10350-LTS

UNITED STATES OF AMERICA

v.

MARCUS LEYDEN

**ORDER PURSUANT TO <u>UNITED STATES v. KING</u>,
818 F.2d 112, 115, footnote 3 (1st Cir. 1987)**

July 13, 2022

DEIN, U.S.M.J.

  The defendant is charged in an Indictment with conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 846; distribution of and possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); and possession of a firearm in furtherance of a drug trafficking offense, in violation 18 U.S.C. § 924(c).   An initial appearance was held remotely before this court on July 13, 2022, at which time the defendant was represented by counsel.   The government moved for detention pending trial of this matter pursuant to 18 U.S.C. §§ 3142(f)(1)(A) and (f)(1)(B) on the grounds that the defendant poses a danger to the community.

  The defendant is presently in state custody serving a sentence on an unrelated crime.   Accordingly, all parties agreed to continue the detention hearing in the instant case until such time as the defendant is released from state custody in accord with the protocol set forth in <u>United States v. King</u>, 818 F.2d 112, 115, footnote 3 (1st Cir. 1987).

I rule that the defendant has waived his right to have a detention hearing at his first appearance in this case.  Id.   It is ORDERED that the detention hearing be, and the same hereby is, CONTINUED until further order of this Court.   It is FURTHER ORDERED that the defendant be, and he hereby is, DETAINED pending the detention hearing.  See 18 U.S.C. § 3142(f) ("During a continuance, the defendant shall be detained . . . .").

Review of the within Detention Order may be had by the defendant filing a motion for revocation or amendment of the within Order pursuant to 18 U.S.C. § 3145(b) regardless whether there has been a change of circumstances.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE